UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED / FILED

MAY 20 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | **4:20CR00237 SRC/DDN** |
| MARTINEZ JACKSON, and ) | |
| ANDREW BILLINGSLEY JR. ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 27, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**MARTINEZ JACKSON,**

the Defendant herein, knowingly possessed ammunition, knowing he had previously been convicted in a court of law of one or more felony crimes punishable by a term of imprisonment exceeding one year, and the ammunition previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about December 27, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**ANDREW BILLINGSLEY JR.,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a quantity of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about December 27, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**ANDREW BILLINGSLEY JR.,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession of methamphetamine, a schedule II controlled substance, with intent to distribute; as set forth in Count Two of the Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT FOUR

The Grand Jury further charges that:

On or about December 27, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**ANDREW BILLINGSLEY JR.,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
GREGORY M. GOODWIN, #65929MO
Special Assistant United States Attorney