UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARTINEZ JACKSON and | ) |
| ANDREW BILLINGSLEY, JR., | ) |
| | ) |
| Defendants. | ) |

No.   4:20 CR 237 SRC

## GOVERNMENT'S SUBSTITUTION OF COUNSEL

COMES NOW, Sayler A. Fleming, United States Attorney for the Eastern District of

Missouri, and Rodney H. Holmes, Assistant United States Attorney for said District, and hereby

enter their appearance on behalf of the United States, replacing Gregory Goodwin, Special

Assistant United States Attorney, who withdraws his appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/Rodney Holmes*
RODNEY HOLMES, #624551IL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of this document was filed
with the Court's electronic file management system for service upon all parties and counsel of
record on June 11, 2021.

*s/Rodney Holmes*
RODNEY HOLMES, #624551IL
Assistant United States Attorney