**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No:  4:20 CR 237-2 SRC |
| | ) |
| **ANDREW BILLINGSLEY, JR.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

**GOVERNMENT'S ENTRY OF APPEARANCE**

COME Now SAYLER A. FLEMING, United States Attorney for the Eastern District of Missouri, and Jennifer Szczucinski, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Jennifer Szczucinski*
Jennifer Szczucinski, #56906MO
Assistant United States Attorney
111 S. 10th Street, Room 20.388
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

All Attorneys of Record.

*/s/ Jennifer Szczucinski*
Jennifer Szczucinski, #56906MO